UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BILLY FIELDS,<br><br>        Plaintiff,<br><br>    -against-<br><br>WESTERN BEEF RETAIL, INC. and HARLORN (DELAWARE), LLC,<br><br>        Defendants. | 24-CV-5502 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

  In light of the fact that Defendants have not answered or otherwise made an appearance in this action, IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **October 18, 2024**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated: October 4, 2024
    New York, New York

                        SO ORDERED.

                        *Jessica Clarke*
                        JESSICA G. L. CLARKE
                        United States District Judge